Submitted May 16, affirmed June 12, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRIS SHAUN TO,
*Defendant-Appellant.*

Washington County Circuit Court
C110991CR; A149497

306 P3d 659

Peter Gartlan, Chief Defender, and David Sherbo-Huggins, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Andrew M. Lavin, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

Affirmed. *State v. Dempster*, 248 Or 404, 434 P2d 746 (1967); *State v. Snyder*, 72 Or App 359, 695 P2d 958 (1985).